WILLIAM L. STOW, Respondent, *v.* JOHN P. MANNING et al., as Executors of JOHN H. TAYLOR, Deceased, Appellants.

*Stow* v. *Manning*, 153 App. Div. 900, affirmed.
(Argued May 7, 1913; decided May 23, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 4, 1912, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action upon a promissory note.

*Pierre M. Brown, James Armstrong* and *William F. Purdy* for appellants.

*H. C. S. Stimpson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, HISCOCK, CHASE, COLLIN and HOGAN, JJ.